Pro-Se Intake Unit  Feb. 19, 2022
U.S.D.C.
S.D.N.Y.
U.S. Courthouse
500 Pearl St.
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 FEB 28 AM 10: 31

**MEMO ENDORSED**

RE: Edwards v. Drew Gizzi
20-CV-7371 (KMK)

Dear Judge Karas,

    This is Clint Edwards, DIN#19a1720. I'm writing about the above matter. You gave me 30 days to amend the complaint. I don't want to amend the complaint, I want to appeal it to the Second Circuit. So can you dismiss all defendants so I can do that. Thank you for your time, and I'll be waiting for your reply.

Per Plaintiff's request, the Complaint is dismissed with prejudice. The Clerk is directed to mail a copy of this memo endorsement to Plaintiff and to close this case.

So Ordered
KMK
3/2/22

Sincerely,

Clint Edwards
DIN#19a1720
Sing Sing Corr. Fac.
354 Hunter St.
Ossining, NY 10562

**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING, NEW YORK 10562

NAME: Clint Edwards     DIN: 19a1726

TO: Pro-Se Intake Unit
U.S.D.C., S.D.N.Y.
U.S. Courthouse
500 Pearl St.
New York, NY 10007

LEGAL MAIL

WESTCHESTER NY 105
23 FEB 2022 PM 2 L
02/23/2022
US POSTAGE $000.53

ZIP 10562
041M11470503

RECEIVED
SDNY PRO SE OFFICE
2022 FEB 28 AM 10: 27

10007-131699